IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01744-BNB

HARLEY QUINT YOUNG, and
SHARON YOUNG,

    Plaintiffs,

v.

ROGER WERHOLTZ, Interim Executive Director of the Colorado Department
    of Corrections; sued in his official capacity;
KEVIN MILYARD, former Warden, Sterling Correctional Facility, and former
    Deputy Director of Prisons, Colorado Department of Corrections; sued in his
    individual capacity;
JAMES FALK, Warden, Sterling Correctional Facility; sued in his
    official capacity;
TIMOTHY USRY, Administrative Manager, Sterling Correctional Facility; sued in
    his official capacity;
BERNADETTE SCOTT, Mail Room Lieutenant and Super Supervisor, Sterling
    Correctional Facility; sued in her individual and official capacities;
IRIS CHRISTIANS, Mail Room Sergeant, Sterling Correctional Facility;
    sued in her individual and official capacities; and
MICHELE WINGERT, Captain, Sterling Correctional Facility; sued in her
    individual and official capacities;

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C and 28 U.S.C. § 1915A, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D.

Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED August 14, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge