IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01744-RPM

HARLEY QUINT YOUNG,
SHARON YOUNG,

    Plaintiffs,

v.

RICK RAEMISCH, Executive Director of CDOC, official capacity;

    Defendant.
_____

ORDER GRANTING MOTION TO DEPOSE INCARCERATED PLAINTIFF
_____

    Upon review of Defendant's Unopposed Motion for Leave to Depose Incarcerated Plaintiff [37] filed October 1, 2014, it is

    ORDERED that the motion is granted.

    DATED:  October 2nd, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge