**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    July 27, 2015
Courtroom Deputy:        Emily Buchanan
FTR Technician:          Kathy Terasaki

---

Civil Action No. 13-cv-01744-RPM                    Counsel:

HARLEY QUINT YOUNG, and                             Elisabeth Owen
SHARON YOUNG,

    Plaintiffs,

v.

RICK RAEMISCH, Executive Director of the            Jacquelynn Fredericks
Colorado Department of Corrections, sued in         Christopher Alber
his official capacity,

    Defendant.

---

## COURTROOM MINUTES

**MOTION HEARING**

**9:56 a.m.      Court in session.**

Opening remarks by the Court.

9:57 a.m.       Argument by Ms. Fredericks.

10:13 a.m.      Response by Ms. Owen.

10:30 a.m.      Reply by Ms. Fredericks.

Counsel answer questions of the Court.

**ORDERED:** Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (Doc. No. 45) is **TAKEN UNDER ADVISEMENT**. The Court will issue a written order.

**10:39 a.m.**      **Court in recess.**

**Hearing concluded. Total time: 43 minutes.**