IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01744-RPM

HARLEY QUINT YOUNG,
SHARON YOUNG,

    Plaintiffs,

v.

RICK RAEMISCH, Executive Director of CDOC, sued in his official capacity,

    Defendant.
_____

ORDER SETTING TRIAL PREPARATION CONFERENCE AND TRIAL DATE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to the Court on **November 30, 2015, at 8:30 a.m., (counsel to be present at 8:00 a.m.)** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a trial preparation conference is set for **November 20, 2015, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   September 1st, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge