**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

**Civil Action No. 13-cv-01744-RPM-KMT**

**HARLEY QUINT YOUNG,
SHARON YOUNG,**

**Plaintiffs,**

**v.**

**RICK RAEMISCH, Executive Director of the Colorado Department of Corrections,
sued in his official capacity,**

**Defendant.**

---

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO
TRANSPORT PLAINTIFF HARLEY QUINT YOUNG**

---

Plaintiff Harley Quint Young, CDOC #124783 is a necessary and material witness in a Trial scheduled to take place before the Honorable Richard P. Matsch on November 30 at 8:30 a.m. at the United States District Court for the District of Colorado, Byron White Courthouse, 1823 Stout St., Denver, Colorado 80294, Courtroom A. It is believed Mr. Young is currently confined at the Sterling Correctional Facility in Sterling, Colorado. In order to secure Mr. Young's attendance at this Trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Young's custodian to produce him at the United States District Court for the District of Colorado.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of the Sterling Correctional Facility in Sterling, Colorado,

      or the Warden of the CDOC facility where Mr. Young is currently being housed and the Colorado Department of Corrections to produce inmate, Harley Quint Young, CDOC #124783 on November 30, 2015 at 8:30 a.m. for a Trial to be held at the United States District Court for the District of Colorado, Byron White Courthouse, 1823 Stout St., Denver, Colorado 80294, Courtroom A, until the completion of the proceeding or as ordered by the Court, and thereafter to return Mr. Young to the Sterling Correctional Facility in Sterling, Colorado.

2. Congruent with this Court's oral rulings during the September 1, 2015, Final Pretrial Conference, Mr. Harley Quint Young, CDOC #124783, may appear attired in his prison garb and may further be restrained at the ankles for the duration of the trial.

3. The custodian is further ordered to notify the Court of any change in the custody of Mr. Young and is ordered to provide the new custodian with a copy of this writ.

Done this 3rd day of September, 2015.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge