# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01744-RPM

HARLEY QUINT YOUNG,
SHARON YOUNG,

Plaintiffs,

v.

RICK RAEMISCH, Executive Director of the Colorado Department of Corrections;
sued in his official capacity,

Defendant.

_____

# ORDER GRANTING PLAINTIFFS'
# UNOPPOSED MOTION TO AMEND FINAL PRETRIAL ORDER
# TO ALLOW THE PLAINTIFFS ADDITIONAL EXHIBITS
_____

This matter is before the Court on Plaintiffs' Unopposed Motion to Amend Final Pretrial Order to Allow the Plaintiffs Additional Exhibits. For the reasons set forth in that motion, the motion is hereby GRANTED. The Final Pretrial Order is amended so that Plaintiffs may offer the following additional exhibits:

Exhibit 41   Request and response to Plaintiffs' Request for Production of Documents to Defendants Nos. 1 (portions of response applicable to Centennial Correctional Facility/Colorado State Penitentiary); 2 (portions applicable to Centennial Correctional Facility/Colorado State Penitentiary); and 3 (portions applicable to Buena Vista Correctional Complex and Sterling Correctional Facility)

Exhibit 42   Question and answer for Defendant's Response to Plaintiffs' First Set of Interrogatories, Interrogatory No. 3

DATED:  October 28th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge