**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                      November 20, 2015
Courtroom Deputy:   Emily Buchanan
FTR Technician:        Kathy Terasaki

---

Civil Action No. 13-cv-01744-RPM                    Counsel:

HARLEY QUINT YOUNG, and                         Elisabeth Owen
SHARON YOUNG,                                          Thomas Kelley

      Plaintiffs,

v.

RICK RAEMISCH, Executive Director of the        Jacquelynn Fredericks
Colorado Department of Corrections, sued in       Robert Huss
his official capacity,

      Defendant.

---

## COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**9:57 a.m.        Court in session.**

Discussion regarding affirmative defenses, witnesses who will testify at trial, Mr. Young's attendance and security procedures, Plaintiffs not needing to call Autumn Schmid as a witness, and courtroom technology.

**ORDERED:**  The Court recognizes defendant's assertions of the statute of limitations and failure to exhaust affirmative defenses and denies them.

**ORDERED:**  Defendant's objection to the deposition testimony of two of Plaintiffs' witnesses is sustained.

**ORDERED:**  Witnesses shall be sequestered.

**ORDERED:**  Plaintiffs' Motion in Limine to Exclude Testimony of Late-Disclosed Witness Kellie Wasko (Doc. No. 79) is **DENIED**.  Ms. Wasko may testify.

2

**ORDERED:** Plaintiffs' Motion to Strike Affirmative Defenses Asserted for the First Time in the Final Pretrial Order (Doc. No. 80) is **DENIED**.

**ORDERED:** Defendant's Motion for Leave to File Amended Answer (Doc. No. 89) is **DENIED**.

**10:24 a.m.**      **Court in recess.**

**Hearing concluded.  Total time:   27 minutes.**