IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01744-RPM

HARLEY QUINT YOUNG,
SHARON YOUNG,

    Plaintiffs,
v.

RICK RAEMISCH, Executive Director of CDOC, sued in his official capacity,

    Defendant.
_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the order dated November 25, 2015 which granted the defendant's motion for continuance, it is

    ORDERED that this matter is set for trial to the Court on March 21, 2016, at 8:30 a.m., (counsel to be present at 8:00 a.m.) in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are reminded that this court's trial procedures may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

    DATED: November 30, 2015

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge