IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01744-RPM

HARLEY QUINT YOUNG,
SHARON YOUNG,

      Plaintiffs,

v.

CDOC,

      Defendant.

_____

ORDER VACATING TRIAL DATE
_____

      Pursuant to the motion to vacate the March 21, 2016, trial date, it is

      ORDERED that the motion is granted.

      DATED:   March 11th, 2016

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge