IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01744-RPM

HARLEY QUINT YOUNG,
SHARON YOUNG,

    Plaintiffs,

v.

CDOC,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Joint Stipulated Motion to Dismiss with Prejudice [Doc. 104], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees except as otherwise provided for in section 6 of the Settlement Agreement.

    DATED:   April 19th, 2016

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge